George F. Conley Company, Appellee, v. Marvin Langhaus, Appellant.

Gen. No. 47,069.

First District, Second Division.
May 21, 1957.
Released for publication June 18, 1957.

James A. Geraghty (Frank J. Wiedner, of counsel) for appellant; Philip E. Ryan (J. F. McBride, of counsel), for appellee. Opinion by JUDGE SCHWARTZ. Not to be published in full.